## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 745 MAL 2014
:
            Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.           :
:
:
:
TIMOTHY WELTMER,        :
:
            Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.